IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| HAROLD FORSYTHE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 10-1188-JAR-GLR |
| vs. ) | |
| ) | **JURY TRIAL DEMANDED** |
| UNITED STATES OF AMERICA acting ) | |
| through and herein for the DEPARTMENT OF ) | |
| VETERAN AFFAIRS and the Robert D. Dole ) | |
| Regional Medical Center ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

COMES NOW Harold Forsythe, plaintiff, and for his claims against the above-named defendant, alleges and states as follows:

1. Plaintiff resides at 706 Lakepoint Drive, Augusta, KS 67010 and is a resident of this judicial district.

2. Defendant, United States of America, may be served with process by serving Eric H. Holder, Jr., Attorney General of the United States, Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001; by serving Lanny D. Welch, United States Attorney, 1200 Epic Center, 301 N. Main St., Wichita, KS. 67207; and by serving the Honorable Eric K. Shinseki, Secretary of Veterans Affairs, U.S. Department of Veterans Affairs, 810 Vermont Avenue, NW - Washington, DC 20420.

3. Venue is proper in this district pursuant to 28 U.S.C. § 1391(e), as the United States is a defendant and the events giving rise to the claim occurred in this district.

4. Plaintiff hereby pleads that at all times relevant to this lawsuit employees of the United States of America and specifically employees of the Department of Veteran Affairs were

HUTTON
& HUTTON

Tallgrass Exec. Park
8100 E. 22nd Street N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

(316) 688-1166
(316) 686-1077 (*fax*)
www.huttonlaw.com

acting within the course and scope of their employment, making the defendant, United States of America, liable for all of their actions and inactions detailed below pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b) and 2671.

5. Pursuant to the requirements of 28 U.S.C. § 2675(a), plaintiff filed an administrative claim on Standard Form 95 relating to the care he received at the Robert J. Dole VAM&ROC by sending Form 95 by certified mail to Patrick J. Wiese, Regional Counsel, VA Medical Center (657/02), 1 Jefferson Barracks Drive, Building 25, Room 308, St. Louis, MO 63125-4185 on May 6, 2008.  Counsel for plaintiff Forsythe has communicated on multiple occasions with Michael E. Anfang, Esq., Department of Veteran Affairs, 1201 Walnut Street, Suite 800, Kansas City, MO  64106 to try and resolve this claim prior to suit.  The Department of Veterans Affairs has not made a final disposition of the claim.  Therefore, this grants jurisdiction over this FTCA action as plaintiff Forsythe has met the requirements of Section 2675(a) and greater than six months has lapsed since presentation of the claim.

## STATEMENT OF FACTS

6.. Plaintiff hereby adopts by reference paragraphs 1 through 5 above and alleges:

7.. Plaintiff Forsythe is married to Margie Sue Forsythe, having entered into marriage on May 2, 1970.  Pursuant to K.S.A. 23-205, Margie Sue Forsythe's loss of consortium is vested in plaintiff.

8.. Plaintiff Forsythe is a former member of the United States Air Force.

9. On July 20, 2007, plaintiff Forsythe sought podiatric care at the Robert J. Dole Veterans Administration Medical Center in Wichita, Kansas.  Alexander Rusanowsky, D.P.M.,

HUTTON
& HUTTON

Tallgrass Exec. Park
8100 E. 22nd Street N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

(316) 688-1166
(316) 686-1077 (*fax*)
www.huttonlaw.com

an employee of the Department of Veterans Affairs, performed a toenail avulsion of plaintiff's right great toe.

10. On July 27, 2007, plantiff Forsythe had a follow up contact. Per Linda Smith, R.N., Mr. Forsythe had a "red toe" which was soaked in tap water prior to being seen by Podiatrist Rusanowsky. The toe had become progressively painful over the past several days. The medical records secured by Mr. Forsythe do not contain any notation or progress note by Podiatrist Rusanowsky relating to this post-procedure contact.

11. After this procedure, Mr. Forsythe encountered Dr. Rusanowsky in the corridor of the medical center. During this corridor encounter, Dr. Rusanowsky took a sharp instrument from his pocket, scraped the toe, and advised Mr. Forsythe to keep an eye on it because it may be infected.

12. On August 9, 2007, at 15:09, Mr. Forsythe presented to urgent care at the Robert J. Dole VAM&ROC and was seen by Paul T. Nank, A.R.N.P, an employee of the Department of Veterans Affairs. Mr. Forsythe had a fever of 102, complained of right groin pain, fatigue and being sore all over. Nurse Nank's assessment was that Mr. Forsythe had "muscle strain and viral syndrome." The veteran was given Toradol intramuscularly, a prescription for ibuprofen, encouraged to rest and drink fluids. Practitioner Nank's assessment was that Mr. Forsythe had a muscle strain and a "coincidental" viral syndrome. No laboratory studies were done and Mr. Forsythe's right lower extremity was not examined. Mr. Forsythe contacted his wife to pick him up because he was too ill to drive home.

13. When Mr. Forsythe got home and showered, his wife noticed his right leg was swollen and purplish. Early the next morning, he awoke and could not breathe. He was taken by

HUTTON
& HUTTON

Tallgrass Exec. Park
8100 E. 22nd Street N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

(316) 688-1166
(316) 686-1077 (*fax*)
www.huttonlaw.com

ambulance to Kansas Medical Center and on the following day transferred to a tertiary care center, Wesley Medical Center. His discharge diagnoses at Kansas Medical Center were: septicemia; shock; acute renal failure; necrotizing fasciitis of the right leg and uncontrolled diabetes mellitus.

14. Plaintiff Forsythe was hospitalized at Wesley Medical Center from August 11, 2007 through September 18, 2007. He underwent multiple surgical procedures, including a fasciotomy and debridement and placement of a feeding tube. Mr. Forsythe was critically ill, placed on a ventilator and dialyzed. In time, he stabilized and was transferred to a rehabilitation center and then home

15. Plaintiff Forsythe has had recurrent hospitalizations, skin grafting and ongoing care for the sequelae of his necrotizing fasciitis. Plaintiff Forsythe has incurred hundreds of thousands of dollars of medical bills and has also endured other economic losses, including lost wages and substitute services. He has endured extreme pain and suffering, loss of enjoyment of life, anguish, and disfigurement. Additionally, pursuant to Kan. Stat. Ann. 25-203, Mr. Forsythe seeks recovery on behalf of his wife for her loss of consortium, including her loss of his society, companionship and comfort, loss of marital care, attention, advise and counsel, and other pecuniary damages.

16. The total damages at issue exceed the sum of $75,000.00 and, more specifically, plaintiff makes claim for a total of $10,000,000.00 as set forth in the Form 95 administrative filing, and for such other and further relief as the Court deems just and equitable in the premises.

## FIRST CLAIM
*Negligence*

Plaintiff Forsythe incorporates herein each and every allegation in paragraphs one through sixteen (16) above and, in addition, alleges and states:

HUTTON
& HUTTON

Tallgrass Exec. Park
8100 E. 22nd Street N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

(316) 688-1166
(316) 686-1077 (*fax*)
www.huttonlaw.com

17. In the course of the podiatric care and treatment rendered to plaintiff, Alexander Rusanowsky, D.P.M. was negligent, careless and deviated from standard approved podiatric care and treatment in his post-procedure care and was otherwise negligent.

18. In the course of the nursing and urgent care and treatment rendered to plaintiff by Paul T. Nank, A.R.N.P, Nurse Nank was negligent, careless and deviated from standard approved nursing and urgent care and treatment in his physical examination, evaluation, assessment and course of treatment and was otherwise negligent.

19. As a direct result of the negligence, carelessness and malpractice of the employees of the United States of America Department of Veteran Affairs, plaintiff sustained severe and permanent injuries. Plaintiff has endured extreme pain, suffering, loss of enjoyment of life and mental anguish, all as a direct result of the negligence as hereinbefore alleged. He has incurred economic and noneconomic damages and will continue to incur those in the future.

WHEREFORE, plaintiff prays for damages together with costs incurred herein and any other relief the Court deems just and equitable.

Respectfully submitted,

HUTTON & HUTTON

s/Mark B. Hutton
Mark B. Hutton, # 10112
J. Darin Hayes, #16755
Anne M. Hull, #14436
Blake A. Shuart, #24463
*Attorneys for Plaintiff*
HUTTON & HUTTON

Tallgrass Exec. Park
8100 E. 22nd Street N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

(316) 688-1166
(316) 686-1077 (*fax*)
www.huttonlaw.com

## DESIGNATION OF TRIAL

Plaintiff hereby designates the location of the trial of this matter to be Wichita, Kansas and shall be tried to the Court.

<div style="margin-left:50%">

HUTTON & HUTTON

s/Mark B. Hutton
Mark B. Hutton, # 10112
J. Darin Hayes, #16755
Anne M. Hull, #14436
Blake A. Shuart, #24463
*Attorneys for Plaintiff*

</div>

HUTTON
& HUTTON

Tallgrass Exec. Park
8100 E. 22nd Street N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

(316) 688-1166
(316) 686-1077 (*fax*)
www.huttonlaw.com