IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

HAROLD FORSYTHE,

        Plaintiff,

                              Case No. 10-1188-JAR-GLR

    v.

DEPARTMENT OF VETERANS AFFAIRS,

        Defendant.


**STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

The Plaintiff, Harold Forsythe by and through Mark Hutton of Hutton and Hutton Law

Offices, and Defendant United States of America by and through Barry R. Grissom, United

States Attorney for the District of Kansas, and David D. Zimmerman, Assistant United States

Attorney, respectfully give notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that the Plaintiff

voluntarily dismisses the above-captioned action with prejudice.  All parties who have appeared

in this action have signed this stipulated notice.  Each party is to bear its own costs.

                              Respectfully submitted,

                              s/ Mark B. Hutton

                              MARK B. HUTTON
                              Hutton & Hutton Law Firm, LLC
                              8100 E. 22nd St., North-Bldg. 1200
                              P. O. Box 638
                              Wichita, KS 67201
                              Email: mark.hutton@huttonlaw.com
                                  Attorney for Plaintiff

BARRY R. GRISSOM
United States Attorney

s/ David Zimmerman

DAVID D. ZIMMERMAN
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Kan. Fed. Bar No. 23486
(913) 551-6730 (telephone)
(913) 551-6541 (facsimile)
E-mail:  David.Zimmerman@usdoj.gov
ELECTRONICALLY FILED
        Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this date, January 11, 2011, the foregoing was electronically filed

with the clerk of the court by using the CM/ECF system which will send a notice of electronic

filing to the following:

Mark B. Hutton
Hutton & Hutton Law Firm, LLC
8100 E. 22nd St., North-Bldg. 1200
P. O. Box 638
Wichita, KS 67201
Email: mark.hutton@huttonlaw.com
        Attorney for Plaintiff

I further certify that on this date the foregoing document and the notice of electronic

filing were mailed by first-class mail to the following non-CM/ECF participants:

None.

s/ David Zimmerman
DAVID D. ZIMMERMAN
Assistant United States Attorney